# UNITED STATES COURT OF INTERNATIONAL TRADE

_____x

ROBERT BOSCH, LLC.,                                :
                                                   :
                   Plaintiff,       :
                                                   :
            v.                              : Court No. 20-00030
                                                   :
UNITED STATES,                                     :
                                                   :
                                  : Customs Case Management Calendar
                   Defendant.       :
_____x

## ORDER

Upon consideration of plaintiff's motion to suspend case 20-00030 under test case 20-00028 and upon all papers, pleadings and proceedings in this matter, and after due deliberation, it is

**ORDERED** that plaintiff's consent motion be, and hereby is, granted,

**ORDERED** that the case number 20-00030 be, and hereby is, suspended under case 20-00028.

                                                    _____
                                                    Judge

Dated: New York, New York
         This ____ day of _____, 2023

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
ROBERT BOSCH, LLC.,                     :
                                        :
                Plaintiff,              :
        v.                              :   Court No. 20-00030
                                        :
UNITED STATES,                          :
                                        :   Customs Case Management Calendar
                Defendant.              :
_____x
```

### CONSENT MOTION TO SUSPEND UNDER DESIGNATED TEST CASE

Pursuant to Rules 7(b) and 84(e) of the Rules of the Court of International Trade, plaintiff Robert Bosch LLC. respectfully moves for an Order suspending case number 20-00030 under case number 20-00028, which was designated a test case by order of Judge Stanceu dated March 1, 2023.

The parties have been actively litigating court number 20-00028 to resolve the classification issue that is common to case 20-00030.  In case 20-00028, counsel for both plaintiff and defendant are continuing to exchange discovery materials under the scheduling order dated February 28, 2023, and discovery is scheduled to end on April 28, 2023.

Plaintiff believes that test case designation for case 20-00028 and suspension of case 20-00030 under that test case would be the most efficient manner of resolving these cases because both cases involve the same classification issue and the same material facts.  Litigation of each case separately would result in inefficient duplicity and repetitive filing of identical or nearly identical papers and raise the possibility of a different judgment in each case, a result that would be very problematic. Case 20-00028 likely will be resolved on motion (and possibly cross-motion) for summary judgment.  Stipulation of judgment in the suspended cases would be the most efficient means of resolving those cases without potential conflicting judgments.

Pursuant to Rule 84(d) of the Rules of this court, the parties believe that the criteria for

suspension of this case under case 20-00028 have been met. The entries that are the subject of case 20-00028 and 20-00030 both include human machine interface devices, the classification of which under the Harmonized Tariff Schedule of the United States is in dispute.

Prior to filing this motion, the undersigned counsel for plaintiff discussed it with Marcella Powell, counsel for defendant in case 20-00030. Ms. Powell consented to this filing on behalf of the defendant.

Wherefore, it is respectfully requested that this motion be granted.

                                Respectfully submitted,

                                GRUNFELD, DESIDERIO, LEBOWITZ
                                SILVERMAN & KLESTADT LLP
                                Attorneys for Plaintiff
                                399 Park Avenue
                                25th Floor
                                New York, N.Y. 10022
                                Tel. (212) 557-4000

                By:   *s/William F. Marshall*

Dated:  March 8, 2023
        New York, New York